UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

CASE NO. 2:15-CV-130

v.

HON. ROBERT J. JONKER

JOHN R. KANERVA,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 12, 2020 (ECF No. 65). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 65) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Reopen (ECF No. 61) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall reject any future filings relating to Defendant's efforts to remove the underlying criminal case to this Court.

**IT IS FURTHER ORDERED** that future filings of meritless lawsuits or notices of removal may result in the imposition of sanctions.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:  June 4, 2020              /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           CHIEF UNITED STATES DISTRICT JUDGE